UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATSU O ACOLATSE,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: C 07-4262   PVT<br><br>**INTERIM ORDER RE:  REQUEST FOR APPOINTMENT OF COUNSEL** |

On August 22, 2007, Plaintiff filed a Request for Appointment of Counsel Under the Civil Rights Act of 1964, 42 U.S.C. section 2000e-5(f)(1)(B).[1]  This case has been assigned to a Magistrate Judge.  Before this court can rule on Plaintiff's request, the court needs to know whether Plaintiff consents to Magistrate Judge jurisdiction, or instead will be requesting reassignment to a District Judge. Therefore,

   IT IS HEREBY ORDERED that, no later than September 25, 2007, Plaintiff shall file either:

---

[1]     The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1) a Consent to Proceed before a Magistrate Judge; or 2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment.  Attached hereto are copies of these forms as well as a copy of Judge Trumbull's Standing Order for Civil Practice.

IT IS SO ORDERED

Dated:   September    4, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*

1  copies mailed on   Sept. 4, 2007 to:

2  Atsu Acolatse (pro se)
   3575 Lehigh Drive #2
3  Santa Clara, CA 95051

5                                                /s/ Carolyn Frantz for
                                                 CORINNE LEW
6                                                Courtroom Deputy

**United States District Court**
For the Northern District of California

ORDER, *page 3*