UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATSU O. ACOLATSE,<br><br>           Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No.:   C 07-04262 PVT<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO FILE SUMMARY JUDGMENT** |

On January 10, 2008, Plaintiff filed a motion to enlarge time to move for summary judgment.

IT IS HEREBY ORDERED that, Plaintiff's motion is GRANTED. Absent further order of the court or agreement of the parties, Plaintiff shall file his motion for summary judgment no later than 4:00 p.m. on February 25, 2008.

Dated: *1/10/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

1 *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

2 copies mailed on *1/11/08* to:

3 Plaintiff (Pro se)

4 Atsu O. Acolatse
2590 Coit Drive, #6
5 San Jose, CA 95124

          *Talin Tascian for*
          CORINNE LEW
          Courtroom Deputy