UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ATSU O. ACOLATSE, | ) | Case No.:   C 07-04262 PVT |
| Plaintiff, | ) ) | **ORDER GRANTING MOTION FOR FURTHER ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) | |

On February 8, 2008, plaintiff Atsu O. Acolatse informed the court that he had recently undergone a significant medical procedure that required a difficult recovery period. The court deems plaintiff Acolatse's communication a motion for further enlargement of time to file a motion for summary judgment. Pursuant to Civ. L.R. 6-3(c), defendant has not filed any opposition.

IT IS HEREBY ORDERED that, plaintiff Acolatse's motion is GRANTED. Absent further order of the court or agreement of the parties, plaintiff Acolatse shall file his motion for summary judgment no later than July 7, 2008.

Dated: *April 1, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

<u>copies mailed on</u> *April 1, 2008* to:

Plaintiff (Pro se)

Atsu O. Acolatse
2590 Coit Drive, #6
San Jose, CA 95124

           EunHae Park for
           CORINNE LEW
           Courtroom Deputy