UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATSU O. ACOLATSE, )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>　　　　Defendant. )<br>_____ | Case No.C 07-04262 PVT<br><br>**ORDER VACATING HEARING** |

Pursuant to the April 1, 2008 order, plaintiff Atsu O. Acolatse timely filed a motion for summary judgment on July 7, 2008. He has noticed a hearing on his motion for August 7, 2008. Generally, a motion is not scheduled for hearing "less than 35 days after service of the motion." Civ L.R. 7-2(a).

Defendant shall file an opposition no later than August 8, 2008 and plaintiff shall file a reply, if any, no later than August 29, 2008. Pursuant to Civ. L.R. 7-1(b), the motion for summary judgment shall be submitted without oral argument.

Dated: July 14, 2008

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

<u>copies mailed on</u> *July 14, 2008* <u>   </u> to:

Plaintiff (Pro se)

Atsu O. Acolatse
2590 Coit Drive, #6
San Jose, CA 95124

                          EunHae Park for
                          CORINNE LEW
                          Courtroom Deputy